## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *v.* WALTER C. HERLIHY

[Misc. (BV) No. 25, September Term, 1981.]

*Order filed July 27, 1982.*

Consent to disbarment filed by Walter C. Herlihy in accordance with Maryland Rule BV12 d 2.

Walter C. Herlihy is disbarred by consent from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *v.* RODNEY S. BONDS

[Misc. (BV) No. 27, September Term, 1980.]

*Order filed July 29, 1982.*

Consent to disbarment filed by Rodney S. Bonds in accordance with Maryland Rule BV12 d 2.

Rodney S. Bonds is disbarred by consent from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.